

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00087-CV

**IN THE MATTER OF S.L., III**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 16-010-JV
Honorable Bill R. Palmer, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED.

SIGNED July 26, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice